PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

United States of America          )
                                  )
            vs                    )
                                  )
Gloria Evangeline Suazo           )          Case No. 14CR00226-002  -RM

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Gloria Suazo, have discussed with Joel Nelson, Probation Officer, modification of my release as follows:

Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer

I consent to this modification of my release conditions and agree to abide by this modification

| _Gloria Suazo_ | _9.8.14_ | _J. N._ | _9/8/14_ |
|---|---|---|---|
| Signature of Defendant | Date | Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| _[signature]_ | _9-23-14_ |
|---|---|
| Signature of Defense Counsel | Date |

| _[signature]_ | _19 Sep 14_ |
|---|---|
| Signature of Assistant U.S. Attorney | Date |

[✓]  The above modification of conditions of release is ordered, to be effective on _as soon as practicable_

[ ]  The above modification of conditions of release is not ordered.

| _[signature]_ | _9/23/2014_ |
|---|---|
| Signature of Judicial Officer | Date |