**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CASE NO. 14-cr-00226-RM-2**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**1.     GLORIA EVANGELINE SUAZO,**

        **Defendant.**

___

**ORDER SETTING CHANGE OF PLEA HEARING**
___

Pursuant to the Notice of Disposition filed on September 25, 2014 (Docket No. 88).  A Change of Plea Hearing is set for **October 29, 2014** at **9:30 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **October 10, 2014**, and the **three-day** jury trial scheduled for **October 14, 2014** are VACATED.

DATED this 1st day of October, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge